United States District Court

Eastern District of California

George Bridgette,

     Plaintiff,             No. Civ. S 04-0436 DFL PAN P

  vs.

                         Findings and Recommendations

D. Runnels, Warden, et al.,

     Defendants.

-oOo-

    Plaintiff, a prisoner without counsel seeking damages and injunctive relief for civil rights violations, moves for a temporary restraining order.

    A temporary restraining order may be granted without notice to a defendant only if it clearly appears from specific facts shown by affidavit or by the verified complaint that the applicant will suffer immediate and irreparable injury, loss, or damage before the defendant can be heard in opposition and the applicant submits a written certification of the efforts, if any,

1 he has made to give notice and the reasons supporting his claim
2 that notice should not be required.  Fed. R. Civ. P. 65(b).
3 Plaintiff has not submitted a written certification of the
4 efforts, if any, he has made to notify defendants of his request
5 and he has not submitted reasons in support of a claim notice
6 should not be required.

7 　　　Therefore, I recommend that plaintiff's November 10, 2004,
8 motion for a temporary restraining order be denied.

9 　　　Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
10 findings and recommendations are submitted to the United States
11 District Judge assigned to this case.  Within 20 days after being
12 served with these findings and recommendations, plaintiff may
13 file written objections.  The document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."
15 The district judge may accept, reject, or modify these findings
16 and recommendations in whole or in part.

17 　　　Dated:  May 26, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　Magistrate Judge