IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

      Plaintiff,                    No. CIV S-04-0436 DFL PAN P

      vs.

D. RUNNELS, Warden, et al.,

      Defendants.           <u>ORDER</u>

                             /

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 27, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed May 27, 2005, are adopted in full; and

2. Plaintiff's November 10, 2004, motion for a temporary restraining order is denied.

Plaintiff is advised that ex parte motions are disfavored.  However, plaintiff may seek injunctive relief by filing, and serving, a motion for preliminary injunction under F.R.Civ.P. 65.

Dated: 8/22/2005

_____
DAVID F. LEVI
Chief United States District Judge

2