United States District Court

Eastern District of California

George Bridgette,

     Plaintiff,                  No. Civ. S 04-0436 DFL PAN P

  vs.                          Order

Runnels, et al.,

     Defendants.

-oOo-

Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claims defendants Sandham and Felker were deliberately indifferent to his arthritis by refusing to transfer him to a warmer climate as recommended by a physician. Pursuant to Fed. R. Civ. P. 37(a)(2)(B), plaintiff moves to compel defendants to produce documents. Defendants oppose.

Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. Fed. R. Civ. P. 26(b)(1). Information sought need not be

1 admissible at trial if the discovery is reasonably calculated to
2 lead to the discovery of admissible evidence.  Id.  The court may
3 limit discovery if it determines the discovery sought is
4 unreasonably cumulative or obtainable from a more convenient or
5 less expensive source, the party seeking discovery had ample
6 opportunity to obtain the information sought, or the burden or
7 expense of the proposed discovery outweighs its likely benefit.
8 Fed. R. Civ. P. 26(b)(2).  A party has a continuing duty to
9 supplement, correct or amend discovery responses if the court so
10 orders or if the party learns the responses were in some material
11 respect incorrect or incomplete and the information has not
12 otherwise been made available to other parties.  Fed. R. Civ. P.
13 26(e)(2).
14     Any party may request any other party produce for inspection
15 documents including writings, drawings, graphs, charts or data
16 compilations.  Fed. R. Civ. P. 34(a).  The requesting party must
17 identify the items to be produced and the party upon whom the
18 request is made must make a written response stating that
19 inspection will be permitted as requested, unless the party
20 objects and states the basis therefor.  Fed. R. Civ. P. 34(b).
21     A party may move for an order compelling discovery with
22 respect to objections or other failure to respond to
23 interrogatories or requests to produce documents.  Fed. R. Civ.
24 P. 37(a)(2)(B), 33(b)(5),  34(b).
25     Plaintiff seeks copies of defendants' personnel records.
26 Defendants object the request seeks material outside the scope of

1  discovery.

2      The objection is sustained.

3      Plaintiff seeks the address and phone number of each
4  defendant.  Defendants object the request seeks information
5  outside the scope of discovery.

6      The objection is sustained on the ground plaintiff has not
7  shown how they may be relevant to resolving any material factual
8  dispute.

9      Plaintiff seeks a copy of the California Department of
10 Corrections Standard for Health Care Treatment, Policy, Procedure
11 and Practice.  Defendants object plaintiff can obtain a copy from
12 the law library.

13     Without deciding whether defendants' objection is well-
14 taken, which is doubtful, the court declines to compel their
15 production because they do not appear to be relevant to
16 plaintiff's claim of a constitutional injury.

17     Plaintiff seeks an order directing defendants to produce
18 documents identifying the "name and location of the last Prison
19 the defendants were employed at" and copies of "all relevant
20 administrative 602 appeal filed and lodged against the
21 defendants."

22     Defendants make no objection but the court nonetheless
23 declines to order production of the documents because plaintiff
24 has not shown how they may be relevant to resolving any material
25 factual dispute.

26 ///

1  For these reasons, plaintiff's May 31, 2005, motion is
2 denied.
3  So ordered.
4  Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge