United States District Court

Eastern District of California

George Bridgette,

     Plaintiff,                    No. Civ. S 04-0436 DFL PAN P

  vs.                           Order

D. Runnels, et al.,

     Defendants.

-oOo-

Plaintiff has requested that the court issue writs of habeas corpus ad testificandum and that the Clerk of the Court issue four subpoenas.

The court can issue writs of habeas corpus ad testificandum. See 28 U.S.C. § 2241(c)(5). Petitioner has not shown cause for issuance of the requested writs.

"The clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it, who shall complete it before service." Fed. R. Civ. P. 45(a)(3). A court "on behalf of which

1 the subpoena was issued shall enforce" a party's duty to "take
2 reasonable steps to avoid imposing undue burden or expense in a
3 person subject to" a subpoena.  Fed. R. Civ. P. 45(c)(1).
4      Plaintiff does not state why he needs four subpoenas.
5      I therefore deny plaintiff's September 15, 2005, request for
6 four writs of habeas corpus ad testificandum and deny the request
7 for four subpoenas.
8      So ordered.
9      Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge