IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

      Plaintiff,                  No. CIV S-04-0436 DFL PAN P

    vs.

D. RUNNELS, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On January 26, 2006, plaintiff requested an extension of time to file and serve an opposition to defendant's November 16, 2005 motion for summary judgment. On February 23, 2006, plaintiff filed an opposition to defendants' motion. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 26, 2006 motion for an extension of time is granted; and

/////
/////
/////
/////
/////
/////

2. Plaintiff's opposition to defendants' motion for summary judgment is accepted as timely. Defendants' reply, if any, shall be filed within seven days from the date this order is served.

DATED: April 6, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
/004;brid0436.36