IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

    Plaintiff,                  No. CIV S-04-0436 DFL PAN P

    vs.

D. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

                               /

        On May 5, 2006, the court recommended defendants' motion for summary judgment be granted and that judgment be entered in their favor. On May 15, 2006, plaintiff requested an extension of time to file a pretrial statement as directed in the scheduling order. Through clerical oversight, the court granted plaintiff's request for an extension of time on May 18, 2006.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The May 18, 2006, order is vacated;

        2. Plaintiff has 30 days from the date of this order to file and serve objections to the findings and recommendations which issued May 5, 2006.

DATED: May 30, 2006.

UNITED STATES MAGISTRATE JUDGE

\004\brid0436.36b