IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

        Plaintiff,                            No. CIV S-04-0436 DFL PAN P

    vs.

D. RUNNELS, et al.,

        Defendants.                 ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On October 27, 2005, plaintiff filed a motion styled "Motion to Impose Discovery Sanctions on Defendants and Award Plaintiff Monetary Awards." In the motion, plaintiff contends that on June 12, 2005 and August 28, 2005, he served a request for production of documents and a set of interrogatories on defendants and that defendants have "refused to cooperate with the discovery process" and have exceeded the forty-five day deadline for responding to discovery requests propounded in this action. See Order Governing Discovery, filed April 12, 2005. Appended to plaintiff's motion is a document styled "Plaintiff's Interrogatories and Request for Production of Documents" served on June 12, 2005. (Ex. A to Motion filed October 27, 2005.)

       On November 15, 2005, defendants filed an opposition to plaintiff's motion. In the opposition, defendants assert that they have complied with plaintiff's discovery request.

1  Specifically, defendants represent that on November 11, 2005, they sent plaintiff "a letter
2  containing most of the information which the Plaintiff requested" and that the remainder of the
3  discovery request "has now been answered." (Objections by Defendants Felker and Sandham to
4  Plaintiff's Motion to Impose Discovery Sanctions on Defendants, filed November 15, 2005, at 1.)
5  Defendants have included with their opposition evidence to support these assertions.  (See
6  Declaration of Jordan Stanzler in Opposition to Motion for Sanctions and Exhibits thereto, filed
7  November 15, 2005.)

8        After review of the record herein, the court finds that the discovery at issue has
9  been provided to plaintiff and that sanctions are not appropriate under the circumstances at bar.
10 Cf. Fed. R. Civ. P. 37(b) (discovery sanctions available to remedy failure to comply with court
11 order to provide discovery).  Moreover, an award of expenses is not justified on the record before
12 this court.  Cf. Fed. R. Civ. P. 37(a)(4).

13       In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October
14 27, 2005 motion is denied.

15 DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
brid0436.disc