1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE BRIDGETTE,

11          Plaintiff,              No. CIV S-04-0436 DFL PAN P

12      vs.

13   D. RUNNELS, et al.,

14          Defendants.             <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 5, 2006, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within thirty days.  Plaintiff has filed

22   objections to the findings and recommendations and a supporting declaration.[1]

23   _____

24      [1] By order filed May 31, 2006, plaintiff was given an additional period of thirty days in
     which to file and serve objections.  Plaintiff's objections were timely filed on June 5, 2006.  It
     does not appear that the findings and recommendations were served on defendants.  Plaintiff is
25   advised that every document submitted to the court for consideration must be served on
     defendants.  Fed. R. Civ. P. 5.  Plaintiff is required to serve all documents in this action
26   conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  <u>See</u> Local Rule 5-

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed May 5, 2006, are adopted in full; and

7    2.  Defendants' November 16, 2005 motion for summary judgment is granted and

8  judgment is entered in their favor.

9  DATED:   9/28/2006

10

11

12    _____

13    DAVID F. LEVI
     United States District Judge

14

15

16

17

18

19  /brid0436.805

20

21

22  135(b).  Since an attorney has filed a document with the court on behalf of defendants,
   documents submitted by plaintiff must be served on that attorney and not on the defendant.  Fed.
23  R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the
   document to the attorney's address of record.  <u>See</u> Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must
24  include with every document filed in this action  a certificate stating the date an accurate copy of
   the document was mailed to defendants' attorney and the address to which it was mailed.  <u>See</u>
25  Local Rule 5-135(b) and (c).

26