IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

      Plaintiff,                    No. CIV S-04-0436 DFL EFB P

      vs.

RUNNELS, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983. He has filed a request for appointment of counsel.

      In proceedings that do not threaten a litigant with loss of physical liberty, there presumptively is no right to appointed counsel. *Lassiter v. Department of Social Services*, 452 U.S. 18, 26-27 (1981). The court has discretion in determining whether to seek counsel to represent an indigent civil litigant. 28 U.S.C. § 1915(e)(1); *Mallard v. District Court*, 490 U.S. 296 (1989). In deciding whether to appoint counsel, the court exercises discretion governed by a number of factors, including the likelihood of success on the merits and the applicant's ability to present his claims in light of their complexity. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *see also, LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987).

////

1   On September 29, 2006, the court granted defendants' motion for summary judgment and
2   the Clerk of the Court entered judgment. Thus, plaintiff clearly has made no showing he is likely
3   to prevail. Plaintiff has filed a motion for relief from judgment and a notice of appeal. Although
4   he has articulated his claims well in light of their complexity, he has not shown a likelihood of
5   success on his motion for relief from judgment.
6   Accordingly, it is ORDERED that plaintiff's October 16, 2006, motion for appointment
7   of counsel is denied.
8   Dated: November 8, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE