IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

    Plaintiff,                      No. CIV S-04-0436 DFL EFB P

    vs.

D. RUNNELS, et al.,

    Defendants.                 ORDER

_____/

    Plaintiff seeks relief from judgment entered September 29, 2006.

    Federal rule governs granting relief from judgment:

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons:  (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Fed. R. Civ. P. 60(b).  Plaintiff asserts no legal or factual basis for granting relief from the judgment.  Plaintiff may be of the view that the court was mistaken in asserting in a footnote that he failed to serve defendants with his objections to the Findings and Recommendations.  But this

1  was not the basis of the court's ruling.  The court found that evidence of a disagreement among
2  medical personnel as to the appropriate treatment was insufficient to support plaintiff's burden of
3  demonstrating deliberate indifference in violation of the Eighth Amendment.  The motion for
4  reconsideration fails to show any reason why this ruling should be set aside.
5        Accordingly, plaintiff's October 16, 2006, motion is denied.
6        So ordered.
7  Dated: 12/12/2006

_____
DAVID F. LEVI
United States District Judge