IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

        Plaintiff,                No. CIV S-04-0436 DFL EFB P

    vs.

D. RUNNELS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding in forma pauperis and without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 29, 2006, the court dismissed this action and judgment was entered. On January 5, 2007, plaintiff filed a notice of appeal and a "motion for reconsideration," which the court construes as a motion for leave to proceed in forma pauperis on appeal.

        Rule 24 of the Federal Rules of Appellate Procedure governs plaintiff's motion:

> a party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. 24. This court has not certified that plaintiff's appeal is not taken in good faith or otherwise found that plaintiff is not entitled to proceed on appeal in forma pauperis, plaintiff's

1

1   request for leave to proceed in forma pauperis on appeal is unnecessary.

2       Accordingly, it is ORDERED that plaintiff's January 5, 2007, motion to proceed in forma

3   pauperis on appeal is denied as unnecessary.  *See* Fed. R. App. P. 24.

4   Dated:  September 21, 2007.

```
                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE
```